B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMA M. FOSTER, By and Through Her Personal Representative, JAMES FOSTER, JAMES FOSTER,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, and DOES ONE through TWENTY, Inclusive,<br><br>Defendants. | Case No.  2:07-CV-1493 MCE KJM<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S REQUEST FOR TELEPHONIC APPEARANCE AND ORDER**<br><br>Date:     July 25, 2008<br>Time:    9:00 a.m.<br>Dept.:    7 |

REQUEST FOR TELEPHONIC APPEARANCE

Defendant National Railroad Passenger Corporation requests a telephonic appearance at the July 25, 2008, 9:00 a.m. hearing on the Motion to Dismiss.  Counsel for Defendant National Railroad Passenger Corporation are B. Clyde Hutchinson and Liza Siu Mendoza, Telephone: (510) 433-2645.

IT IS SO ORDERED.

DATED: July 2, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE