1   B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
2   LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
5   Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699
6
Attorneys for Defendant
7   NATIONAL RAILROAD PASSENGER
CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12   ELMA M. FOSTER, By and Through Her          Case No.  2:07-CV-1493 MCE KJM
Personal Representative, MELINDA
13   HAYWORTH,                                   **STIPULATION AND ORDER TO RE-
OPEN DISCOVERY**
14                    Plaintiffs,
Action Filed: June 5, 2006
15        v.

16   NATIONAL RAILROAD PASSENGER
CORPORATION,
17
                     Defendant.
18

19        WHEREAS plaintiff James Foster, individually and as personal representative of the

20   estate of Elma M. Foster filed a complaint on June 5, 2006;

21        WHEREAS plaintiff James Foster passed away on October 23, 2005;

22        WHEREAS defendant National Railroad Passenger Corporation suggested the death of

23   Mr. Foster upon the record pursuant to F.R.C.P. 25(a) on March 6, 2008;

24        WHEREAS defendant filed a Motion to Dismiss based on plaintiff's attorney's failure to

25   substitute in a new plaintiff within 90 days pursuant to F.R.C.P. 25(a) on June 12, 2008;

26        WHEREAS the court denied defendant's Motion to Dismiss on August 19, 2008;

27        WHEREAS plaintiff Melinda Hayworth substituted in as a new plaintiff on September 5,

28   2008;

1

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS the court ordered non-expert and expert discovery closed on July 18, 2008;

2  expert disclosure due on September 18, 2008; supplemental expert disclosure due on October 18,

3  2008; and dispositive motions heard no later than November 18, 2008 [Pretrial (Status)

4  Scheduling Order dated December 14, 2007];

5    THE PARTIES HEREBY STIPULATE to re-open discovery and adopt the following

6  schedule:

7    1)    Non-expert discovery cut off:    2/20/09

8    2)    Expert disclosure:    2/20/09

9    3)    Supplemental Expert Disclosure:    2/27/09

10    4)    Expert Discovery Cut Off:    3/20/09

11    5)    Dispositive Motion must be Heard by:    4/24/09

12    All other dates, including the trial date of June 8, 2009, in the Pretrial (Status) Scheduling

13  Order shall remain the same.

14  Dated: November 4, 2008    LAW OFFICES OF ROGER A. MOORE

16    By:    /s/ Roger A. Moore

17    ROGER A. MOORE
    Attorney for Plaintiff
    MELINDA HAYWORTH, as personal

18    representative of ELMA M. FOSTER

19  Dated: November 4, 2008    LOMBARDI, LOPER & CONANT, LLP

21    By:    /s/ Liza Siu Mendoza

22    LIZA SIU MENDOZA
    Attorney for Defendant

23    NATIONAL RAILROAD PASSENGER
    CORPORATION

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

2

PDF created with pdfFactory trial version www.pdffactory.com

1   **ORDER**

2   IT IS SO ORDERED.

3       All discovery, with the exception of expert discovery, shall be completed by 2/9/09.

4       Disclosure of expert witnesses, shall be completed by 4/9/09.

5       All dispositive motions shall be heard no later than 6/9/09.

6
7       The Final Pretrial Conference set for 4/24/09 is VACATED and RESET for 10/23/09 at

8   9:00AM. The parties shall file their Joint Final Pretrial Conference Statement on or before

9   10/2/09.

10      The Jury Trial set for 6/8/09 is VACATED and RESET for 12/7/2009.

11  DATED: November 10, 2008

12
13      _____
        MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541