1   B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
2   LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
3   LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
4   1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
5   Telephone:     (510) 433-2600
Facsimile:      (510) 433-2699
6
Attorneys for Defendant
7   NATIONAL RAILROAD PASSENGER
CORPORATION
8

9                    UNITED STATES DISTRICT COURT

10        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

11

12   ELMA M. FOSTER, By and Through Her          Case No.  2:07-CV-1493 MCE KJM
Personal Representative, MELINDA
13   HAYWORTH,                                    **STIPULATION AND ORDER OF
DISMISSAL**
14                    Plaintiffs,
Action Filed: June 5, 2006
15           v.

16   NATIONAL RAILROAD PASSENGER
CORPORATION,
17
Defendant.
18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

13249-36916 LSM 566159.1                    1              Case No.  2:07-CV-1493 MCE KJM

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

PDF created with pdfFactory trial version www.pdffactory.com

1    IT IS HEREBY STIPULATED by and between plaintiff MELINDA HAYWORTH, the

2    sole heir and personal representative of the ESTATE OF DECEDENTS ELMA AND JAMES

3    FOSTER and defendant NATIONAL RAILROAD PASSENGER COMPANY, through their

4    designated counsel, that the above-captioned action be and hereby is dismissed with prejudice

5    pursuant to Federal Rules of Civil Procedure, rule 41(a)(1).  Each party agrees to bear their own

6    fees and costs.

7    Dated: February 10, 2009          LAW OFFICES OF ROGER A. MOORE, APC

8

9                                         By:_____/s/ Roger A. Moore_____
                                              ROGER A. MOORE
10                                            Attorney for Plaintiff
                                          MELINDAY HAYWORTH, the sole heir and
11                                           personal representative of the ESTATE OF
                                          DECEDENTS ELMA AND JAMES FOSTER
12

13   Dated: February 12, 2009          LOMBARDI, LOPER & CONANT, LLP

14

15                                         By:_____/s/ Liza Siu Mendoza_____
                                              LIZA SIU MENDOZA
16                                            Attorney for Defendant
                                          NATIONAL RAILROAD PASSENGER
17                                                CORPORATION

18

19       **IT IS SO ORDERED.**

20   **DATED:** February 20, 2009

21

22   _____
     MORRISON C. ENGLAND, JR
23   UNITED STATES DISTRICT JUDGE

24

25

26

27

28
     13249-36916 LSM 566159.1                    2                Case No.  2:07-CV-1493 MCE KJM

     STIPULATION AND ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541